Louis Rannou v. Anna Rannou.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 919.]

Dorothy C. Kaliski v. G. Wallace Cane.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 921.]

In the Matter of George Blumenthal et al., Appellants, against Ferdinand Q. Morton et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and Miguel Koty, on Behalf of Himself and 116 Others Similarly Situated, Intervener, Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 920.]

In the Matter of the Arbitration between John Remeny, Inc., Appellant, and Jolico Textile Co., Inc., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante,* p. 916.]